TROUTMAN PEPPER HAMILTON SANDERS LLP
Kevin F. Kieffer, Bar No. 192193
kevin.kieffer@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:   949.622.2700

TROUTMAN PEPPER HAMILTON SANDERS LLP
Brandon D. Almond (*pro hac vice* to be filed)
brandon.almond@troutman.com
401 9th Street, N.W., Suite 1000
Washington, D.C.  20004-2134
Telephone:   202.274.2950

*Attorneys for Plaintiff Starr Indemnity and Liability Company*

[Additional counsel on signature page]

QUINN EMANUEL
Danielle L. Gilmore, Bar No. 171457
daniellegilmore@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA
Telephone:   213.443.3000

*Attorneys for Defendants Vivo Capital, LLC, Vivo Ventures VII, LLC, Vivo Capital VIII, LLC, Vivo Capital IX, LLC, and Vivo Capital IX (Cayman), LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, et al.<br><br>　　　　　Plaintiffs<br><br>v.<br><br>VIVO CAPITAL, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 5:24-cv-00916-VKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re:  Dkt. No. 19 |

Pursuant to Northern District of California Local Rules 6-1, 6-2, and 7-12, Plaintiffs Starr Indemnity & Liability Company, Arch Insurance Company, Twin City Fire Insurance Company, and Great American Insurance Company ("Plaintiffs"), and Defendants Vivo Capital, LLC, Vivo Ventures VII, LLC, Vivo Capital VIII, LLC, Vivo Capital IX, LLC, and Vivo Capital IX (Cayman), LLC ("Defendants") (together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, hereby submit the following stipulation and proposed order:

WHEREAS, Plaintiffs initiated the present action by filing a complaint on February 15, 2024 ("Complaint," Dkt. No. 1);

WHEREAS, the Court set the Initial Case Management Conference ("CMC") for May 21, 2024 via order dated February 16, 2024 (Dkt. No. 5);

WHEREAS, the Court continued the CMC to June 4, 2024 via Clerk's Notice dated April 25, 2024 (Dkt. No. 13);

WHEREAS, Defendants waived service of the Complaint via Waiver of the Service of Summons forms received May 2, 2024 and signed May 9, 2024, thereby extending their deadline to answer the Complaint to July 1, 2024 (Dkt. Nos. 14-18);

WHEREAS, the Parties believe the CMC will be more productive once Defendants have filed their Answer to the Complaint;

WHEREAS, the parties conferred and hereby stipulate to the request for an order continuing the CMC and associated pre-CMC deadlines for meeting and conferring, completing initial disclosures, and preparing the Rule 26(f) Report and Case Management Statement, until after Defendants have answered the Complaint;

WHEREAS, the Parties have not previously requested any extensions or modifications of Court-imposed deadlines; and

WHEREAS, the requested continuance will not affect the schedule of the case because the schedule of the case has not yet been set by the Court.

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, hereby agree and stipulate, and respectfully request that the Court continue the CMC and associated pre-CMC deadlines until a date convenient for the Court that is after the July 1, 2024 deadline for

Defendants to answer the Complaint.

| | |
|---|---|
| Dated: May 21, 2024 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| | */s/ Kevin F. Kieffer*<br>Kevin F. Kieffer<br>Attorneys for Plaintiff Starr Indemnity & Liability Company |
| Dated: May 21, 2024 | WALKER WILCOX MATOUSEK LLP |
| | */s/ Tiffany Saltzman-Jones*<br>Tiffany Saltzman-Jones<br>Attorneys for Plaintiff Arch Insurance Company |
| Dated: May 21, 2024 | WERNER AHARI MANGEL LLP |
| | */s/ Gaby Richeimer*<br>Gabriela (Gaby) Richeimer<br>Attorneys for Plaintiff Twin City Fire Insurance Company |
| Dated: May 21, 2024 | KAUFMAN BORGEEST & RYAN LLP |
| | */s/ Nicole Sheth*<br>Nicole Sheth<br>Attorneys for Plaintiff Great American Insurance Company |
| Dated: May 21, 2024 | QUINN EMANUEL |
| | */s/ Danielle L. Gilmore*<br>Danielle L. Gilmore<br>Attorneys for Defendants Vivo Capital, LLC, Vivo Ventures VII, LLC, Vivo Capital VIII, LLC, Vivo Capital IX, LLC, and Vivo Capital IX (Cayman), LLC |

## **ATTESTATION**

I, Kevin F. Kieffer, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 21, 2024   */s/ Kevin F. Kieffer*
Kevin F. Kieffer

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation of the Parties, and good cause appearing, it is hereby ORDERED as follows:

1. The above joint stipulation is GRANTED;
2. The Initial Case Management Conference shall be continued to ~~_____, 2024~~. July 30, 2024, 1:30 p.m. via Zoom.   Related deadlines in the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 5) are adjusted accordingly.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   May 22, 2024



Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE