Tiffany S. Saltzman-Jones, (State Bar No. 337105)
tsj@walkerwilcox.com
WALKER WILCOX MATOUSEK LLP
One North Franklin Street, Suite 3200
Chicago, IL 60606
Telephone: 312.244.6709

*Attorneys for Plaintiff*
ARCH INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, ARCH INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY, AND GREAT AMERICAN INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>VIVO CAPITAL, LLC, VIVO VENTURES VII, LLC, VIVO CAPITAL VIII, LLC, VIVO CAPITAL IX, LLC, VIVO CAPITAL IX (CAYMAN), LLC, FRANK KUNG, EDGAR ENGLEMAN, SHAN FU, HONGBO LU, JACK NIELSEN, MICHAEL CHANG, MAHENDRA SHAH, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00916<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Arch Insurance Company ("Arch"), through its undersigned attorneys, having settled with the Defendants the claims asserted by Arch in this action, hereby agrees to dismiss all of Arch's claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), subject to the terms and

1

conditions of the settlement agreement between Arch and Defendants. Arch and the Defendants stipulate that each party shall bear its own costs and attorneys' fees.

Dated: May 24, 2024

WALKER WILCOX MATOUSEK LLP

BY: /s/ Tiffany S. Saltzman-Jones
Tiffany S. Saltzman-Jones, Bar No. 337105
tsj@walkerwilcox.com
One North Franklin Street, Suite 3200
Chicago, IL 60606
Telephone: 312.244.6709

*Counsel for Arch Insurance Company*