TROUTMAN PEPPER HAMILTON SANDERS LLP
Kevin F. Kieffer, Bar No. 192193
kevin.kieffer@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700

*Attorneys for Plaintiff Starr Indemnity and Liability Company*

[Additional counsel on signature page]

QUINN EMANUEL
Danielle L. Gilmore, Bar No. 171457
daniellegilmore@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA
Telephone: 213.443.3000

*Attorneys for Defendants Vivo Capital, LLC, Vivo Ventures VII, LLC, Vivo Capital VIII, LLC, Vivo Capital IX, LLC, and Vivo Capital IX (Cayman), LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, et al.<br><br>Plaintiffs<br><br>v.<br><br>VIVO CAPITAL, LLC, et al.,<br><br>Defendants. | Case No. 5:24-cv-00916-VKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE**<br><br>Re: Dkt. No. 23 |

Pursuant to Northern District of California Local Rules 6-1, 6-2, and 7-12, Plaintiffs Starr Indemnity & Liability Company, Twin City Fire Insurance Company, and Great American Insurance Company ("Plaintiffs"),[1] and Defendants Vivo Capital, LLC, Vivo Ventures VII, LLC, Vivo Capital VIII, LLC, Vivo Capital IX, LLC, and Vivo Capital IX (Cayman), LLC ("Defendants") (together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, hereby submit the following stipulation and proposed order:

WHEREAS, Plaintiffs initiated the present action by filing a complaint on February 15, 2024 ("Complaint," Dkt. No. 1);

WHEREAS, Defendants waived service of the Complaint via Waiver of the Service of Summons forms received May 2, 2024 and signed May 9, 2024, thereby extending their deadline to respond to the Complaint to July 1, 2024 (Dkt. Nos. 14-18);

WHEREAS, each of the Plaintiffs has reached an agreement-in-principle with the Defendants to resolve their respective claims and disputes in this matter (together, the "Agreements");

WHEREAS, the Parties are still negotiating the specific written terms of the Agreements which, if finalized, will require the Plaintiffs to dismiss their claims against Defendants such that Defendants would no longer need to respond to the Complaint;

WHEREAS, the parties conferred and hereby stipulate to the request for an order continuing Defendants' deadline to respond to the Complaint to July 31, 2024;

WHEREAS, the Parties' only previous request for extensions or modifications of Court-imposed deadlines was to continue the Case Management Conference in light of Defendants' waiver of service (Dkt. No. 20); and

WHEREAS, the requested continuance will not affect the schedule of the case because the schedule of the case has not yet been set by the Court.

---

[1] Former plaintiff Arch Insurance Company dismissed its claims with prejudice via Notice of Voluntary Dismissal filed on May 24, 2024 (Dkt. No. 22).

173001783v1

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, hereby agree and stipulate, and respectfully request that the Court continue Defendants' response deadline to July 31, 2024.

Dated: July 1, 2024          TROUTMAN PEPPER HAMILTON SANDERS LLP

　　　　　　　　　　　　　　　 */s/   Kevin F. Kieffer*
　　　　　　　　　　　　　　　Kevin F. Kieffer
　　　　　　　　　　　　　　　Attorneys for Plaintiff Starr Indemnity & Liability Company

Dated: July 1, 2024          WERNER AHARI MANGEL LLP

　　　　　　　　　　　　　　　 */s/ Gabriela Richeimer*
　　　　　　　　　　　　　　　Gabriela (Gaby) Richeimer
　　　　　　　　　　　　　　　Attorneys for Plaintiff Twin City Fire Insurance Company

Dated: July 1, 2024          KAUFMAN BORGEEST & RYAN LLP

　　　　　　　　　　　　　　　 */s/ Nicole Sheth*
　　　　　　　　　　　　　　　Nicole Sheth
　　　　　　　　　　　　　　　Attorneys for Plaintiff Great American Insurance Company

Dated: July 1, 2024          QUINN EMANUEL

　　　　　　　　　　　　　　　 */s/   Danielle L. Gilmore*
　　　　　　　　　　　　　　　Danielle L. Gilmore
　　　　　　　　　　　　　　　Attorneys for Defendants Vivo Capital, LLC, Vivo Ventures VII, LLC, Vivo Capital VIII, LLC, Vivo Capital IX, LLC, and Vivo Capital IX (Cayman), LLC

## **ATTESTATION**

I, Kevin F. Kieffer, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.
Dated: July 1, 2024

　　　　　　　　　　　　　　　 */s/ Kevin F. Kieffer*
　　　　　　　　　　　　　　　Kevin F. Kieffer

173001783v1

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation of the Parties, and good cause appearing, it is hereby ORDERED as follows:

1. The above joint stipulation is GRANTED;
2. Defendants' deadline to respond to the Complaint shall be continued to July 31, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   July 2, 2024

_Virginia K. DeMarchi_
Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE