| | |
|---|---|
| 1 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| 2 | Kevin F. Kieffer, Bar No. 192193 |
|   | kevin.kieffer@troutman.com |
| 3 | 5 Park Plaza |
|   | Suite 1400 |
| 4 | Irvine, CA  92614-2545 |
|   | Telephone:    949.622.2700 |
| 5 | Facsimile:    949.622.2739 |

*Attorneys for Starr Indemnity and Liability Company*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, et al., | Case No. 5:24-cv-00916-VKD |
| Plaintiffs | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| VIVO CAPITAL, LLC, et al., | |
| Defendants. | |

Plaintiff Starr Indemnity & Liability Company ("Starr"), through its undersigned counsel, hereby agrees to dismiss all of its claims with prejudice against all defendants in this action ("Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have agreed that any claims they could have asserted against Starr in this action are extinguished with prejudice as well. Further, Starr and Defendants stipulate that each party shall bear its own costs and attorneys' fees.

For the avoidance of doubt, this notice of voluntary dismissal does not dismiss or extinguish any claims: (i) that are, or may be, asserted by any plaintiff in this action other than Starr; and/or (ii) that are, or may be, asserted by Defendants in this action against any party other than Starr.[1]

Counsel for Starr represents that they have conferred with, and have received approval from, counsel for Defendants on this filing.

Dated: July 22, 2024

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Kevin F. Kieffer*
    Kevin F. Kieffer
    Attorneys for Plaintiff
    *STARR INDEMNITY AND LIABILITY COMPANY*

---

[1] However, Starr notes plaintiff Arch Insurance Company voluntarily dismissed its claims via notice filed May 24, 2024 (ECF No. 22), and plaintiffs Great American Insurance Company and Twin City Fire Insurance Company voluntarily dismissed their claims via notice filed July 12, 2024 (ECF No. 25).