UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VIVO CAPITAL, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-00916-VKD<br><br>**ORDER RE NOTICES OF VOLUNTARY DISMISSAL**<br><br>Dkt. Nos. 22, 25, 26 |

The record reflects that all plaintiffs have voluntarily dismissed their claims. Dkt. Nos. 22, 25, 26. Accordingly, all presently scheduled deadlines and appearances are vacated. Absent objection filed by any party no later than **August 2, 2024**, the Clerk of Court shall close this file.

**IT IS SO ORDERED.**

Dated: July 25, 2024

Virginia K. DeMarchi
United States Magistrate Judge